George Kozak, Appellant, v. The Erie Railroad Company, Respondent. — Motion denied, with ten dollars costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

James Matthews and Gardiner D. Matthews, Composing the Copartnership of and Doing Business as A. D. Matthews' Sons, Appellants, v. The Title Guaranty and Surety Company, Respondent. — Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Daniel B. McCoy, Respondent, v. Gas Engine and Power Company and Charles L. Seabury & Company, Consolidated, Respondents, Impleaded with Joseph A. Flannery, Appellant. — Motion for reargument denied, without costs. Motion for resettlement of order denied, without costs, the order having been made as the result of the decision of the court to grant a new trial notwithstanding the statement in the opinion. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Annie L. Mills, Respondent, v. Otto Kampfe and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

John M. Moe, Respondent, v. Thomas McNally Company, Appellant. — Motion to dismiss the appeal from the order of December eighteenth granted. Motion relating to the orders of March third and July twenty-ninth denied, but the validity of the orders and the right of the appellant to disclaim them will be considered on the argument of the appeal. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

James O'Brien, Respondent, v. Naughton Company and Arthur McMullen, Appellant. — Motion denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Lawrence Ostrander, Suing as a Poor Person and by Peter W. Ostrander, His Guardian ad Litem, Respondent, v. Ezra Musselman, Appellant. — Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Frank Earle Parham, as Assignee, etc., Appellant, v. Edward Burns, Individually, etc., and Others, Respondents. — Motion for reargument denied. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred. Motion for leave to appeal to the Court of Appeals granted. Woodward, Thomas, Rich and Carr, JJ., concurred; Hirschberg, P. J., dissented.

Melaine Parodi, Appellant, v. George Tilford, Respondent. — Motion denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Stanislaus J. Parodi, Appellant, v. George Tilford, Respondent. — Motion denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

The People of the State of New York, Respondent, v. Nick Farina, Appellant. — Motion for resettlement of order denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Ernst Lindemann, Appellant, v. Theodore Bingham, as Police Commissioner of the City of New York, Respondent. — Motion to resettle order granted, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.